| | | |
|---|---|---|
| Locust Val. Cent. Sch. Dist., Matter of, v Locust Val. Teachers' Assn. | 2d Dept: 144 AD3d 758 (Matter No. 2) | denied |
| Marine Holdings, LLC, Matter of, v New York City Commn. on Human Rights | 2d Dept: 137 AD3d 1284 | granted |
| Morgan, Matter of, v Stanford | 3d Dept: 142 AD3d 1226 | denied |
| New York City Asbestos Litig., Matter of | 1st Dept: 142 AD3d 408 | denied |
| New York State United Teachers v State of New York | 3d Dept: 140 AD3d 90 | denied |
| North v Air Liquid Sys. Corp. | 1st Dept: 142 AD3d 408 | denied |
| Orange County Land Trust, Inc. v Tamira Amelia Farm, LLC | 2d Dept: 141 AD3d 632 | denied |
| Pebble Hill Bldg. Corp. v Madelik | 2d Dept: 143 AD3d 684 | denied |
| People v Alexander | 2d Dept: 144 AD3d 1008 | denied* |
| People v Garcia | 2d Dept: 144 AD3d 650 | denied* |
| People v Gifford | 4th Dept: 144 AD3d 1678 | denied |
| People v Hayden | 2d Dept: 144 AD3d 1010 | denied* |
| People v Rivera | 4th Dept: 144 AD3d 1595 | denied |
| People v Smith | 2d Dept: 144 AD3d 652 | denied* |
| People ex rel. Stokes v New York State Div. of Parole | 4th Dept: 144 AD3d 1550 | denied* |
| Prioleau, Matter of, v New York State Div. of Hous. & Community Renewal | 1st Dept: 141 AD3d 439 | denied |
| Richard H., Matter of | 2d Dept: 144 AD3d 799 | denied |

## Decided February 16, 2017

| | | |
|---|---|---|
| DeCintio v Lawrence Hosp. | 1st Dept: 138 AD3d 414 | denied |
| Dominquez, Matter of, v Annucci | 4th Dept: 144 AD3d 1605 | denied* |
| Gravano v Take-Two Interactive Software, Inc. | 1st Dept: 142 AD3d 776 | granted |
| Lohan v Take-Two Interactive Software, Inc. | 1st Dept: 142 AD3d 776 | granted |
| Mary R.F., Matter of (Angela I.) | 4th Dept: 144 AD3d 1493 | denied |
| Melissa H., Matter of, v Shameer S. | 1st Dept: 145 AD3d 472 | denied* |
| Mercer v Bryant | App Div, 3d Dept: 2016 NY Slip Op 82267(U) | denied* |
| New York Ind. Contrs. Alliance, Matter of, v Liu | 1st Dept: 144 AD3d 505 | denied |

* Motion for poor person relief dismissed as academic or denied.